# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

E-filing  CR 08  0276

GILBERTO NARANJO AVILA,
a/k/a/ Gilberto Naranjo,
a/k/a/ Gilberto Avalos,

MHP

DEFENDANT(S).

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this _24th_ day of

APRIL 2008.

_____ Clerk

Bail, $ NO PROCESS

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 08-70231

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) TAREK J. HELOU

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ GILBERTO NARANJO AVILA

DISTRICT COURT NUMBER

CR 08 0276 MHP

FILED APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges       } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 4/15/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
APR 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-filing

MHP

| UNITED STATES OF AMERICA, | ) | CR 08  0276 |
| --- | --- | --- |
| Plaintiff, | ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | ) | |
| GILBERTO NARANJO AVILA, a/k/a Gilberto Naranjo, a/k/a Gilberto Avalos, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about August 10, 2000 and January 28, 2003, the defendant,

GILBERTO NARANJO AVILA,
a/k/a Gilberto Naranjo,
a/k/a Gilberto Avalos,

an alien, was excluded, deported and removed from the United States, and knowingly and voluntarily reentered the United States and, thereafter, on or about April 9, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for

//

INDICTMENT                            1

1  Homeland Security not having expressly consented to a re-application by the defendant for
2  admission into the United States, in violation of Title 8, United States Code, Section 1326.
3
4  DATED:                                              A TRUE BILL.
5
6                                                     _____
                                                       FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 GREGG W. LOWDER
   Chief, Major Crimes Section
11
12 (Approved as to form: _____
                          AUSA HELOU
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                2