1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:     (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-276 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| GILBERTO NARANJO AVILA, | |
| Defendant. | |

On May 5, 2008, the parties in this case appeared before the Court for the defendant's arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between May 5, 2008 and May 12, 2008 because the government will produce documents to defense counsel. The parties represented that granting the continuance was the reasonable time necessary for preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a

/ /

1  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
2  U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5
                                      JOSEPH P. RUSSONIELLO
6                                       United States Attorney
7
8  DATED: May 6, 2008                    /s/
                                      TAREK J. HELOU
9                                       Assistant United States Attorney
10
11  DATED: May 6, 2008                    /s/
                                      ELIZABETH M. FALK
12                                       Attorney for Defendant GILBERTO NARANJO AVILA
13
14     For the reasons stated above, the Court finds that exclusion of time from May 5, 2008
15  through May 12, 2008 is warranted and that the ends of justice served by the continuance
16  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
17  (h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective
18  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
19  §3161(h)(8)(B)(iv).
20
21  SO ORDERED.
22
23  DATED:_____
                                      THE HONORABLE EDWARD M. CHEN
24                                       United States District Judge
25
26
27
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-276 MHP                                                            2