**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 12, 2008

Case No.    CR 08-0276  MHP                Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- GILBERTO NARANJO-AVILA (c)(SP);

Attorneys:   Plf: Terek Helou
             Dft: Elizabeth Falk

Deputy Clerk: Anthony Bowser  Court Reporter: Katherine Powell   Interpreter: Melinda Basker

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 6/2/2008 at 10:00 am for further status to allow for further review of discovery;