Case 3:08-cr-00276-MHP    Document 7    Filed 05/06/2008    Page 1 of 2

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)                    **FILED**
    Chief, Criminal Division
4
                                                      MAY - 9 2008
5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney                  RICHARD W. WIEKING
6                                                     CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA
    450 Golden Gate Avenue, Box 36055
7   San Francisco, California 94102
    Telephone:    (415) 436-7071
8   Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,        )   CR No. 08-276 MHP
                                     )
17        Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                            )
                                     )
19  GILBERTO NARANJO AVILA,          )
                                     )
20        Defendant.                 )
                                     )
21  _____      )

22        On May 5, 2008, the parties in this case appeared before the Court for the defendant's

23  arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under

24  the Speedy Trial Act between May 5, 2008 and May 12, 2008 because the government will

25  produce documents to defense counsel. The parties represented that granting the continuance

26  was the reasonable time necessary for preparation of defense counsel. 18 U.S.C. §

27  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a

28  //

    STIP. & [PROPOSED] ORDER EXCL. TIME
    CR 08-276 MHP                                                              1

Case 3:08-cr-00276-MHP    Document 7    Filed 05/06/2008    Page 2 of 2

1    continuance outweighed the best interests of the public and the defendant in a speedy trial. 18

2    U.S.C. § 3161(h)(8)(A).

3

4    SO STIPULATED:

5

6                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney

7

8    DATED: May 6, 2008                          /s/
                                     TAREK J. HELOU
9                                    Assistant United States Attorney

10

11   DATED: May 6, 2008                          /s/
                                     ELIZABETH M. FALK
12                                   Attorney for Defendant GILBERTO NARANJO AVILA

13

14       For the reasons stated above, the Court finds that exclusion of time from May 5, 2008

15   through May 12, 2008 is warranted and that the ends of justice served by the continuance

16   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161

17   (h)(8)(A). The failure to grant the requested continuance would deny the defendant effective

18   preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.

19   §3161(h)(8)(B)(iv).

20

21   SO ORDERED.

22

23   DATED: 5/7/08

24                                   THE HONORABLE EDWARD M. CHEN
                                     United States District Judge

25

26

27

28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-276 MHP                                                                    2