JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-276 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| GILBERTO NARANJO AVILA, ) | |
|     Defendant. ) | |

On May 12, 2008, the parties in this case appeared before the Court for their initial status conference before the Court. The parties will appear before the Court again on June 2, 2008. The parties now request that the Court exclude all time under the Speedy Trial Act between May 12, 2008 and June 2, 2008 because the government produced additional documents to defense counsel on May 12, 2008. The parties agree that the length of the continuance is the reasonable time necessary for preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

/ /

1 | The parties also agree that the ends of justice served by granting such a continuance outweigh
2 | the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
3 |
4 | SO STIPULATED:
5 |
6 |                       JOSEPH P. RUSSONIELLO
                      United States Attorney
7 |
8 | DATED: May 13, 2008                /s/
                                      TAREK J. HELOU
9 |                                       Assistant United States Attorney
10 |
11 | DATED: May 13, 2008                /s/
                                      ELIZABETH M. FALK
12 |                                       Attorney for Defendant GILBERTO NARANJO AVILA
13 |
14 | For the reasons stated above, the Court finds that exclusion of time from May 12, 2008
15 | through June 2, 2008 is warranted and that the ends of justice served by the continuance
16 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
17 | (h)(8)(A). The failure to grant the requested continuance would deny the defendant effective
18 | preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.
19 | §3161(h)(8)(B)(iv).
20 |
21 | SO ORDERED.
22 |
23 | DATED:_5/14/2008____
24 |                                       THE HONORABLE MARILYN HALL PATEL
                                      United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*

25 |
26 |
27 |
28 |