**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 2, 2008

Case No.   CR 08-0276  MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- GILBERTO NARANJO-AVILA (c)(SP);

Attorneys:    Plf: Terek Helou
              Dft: Elizabeth Falk

Deputy Clerk:  Anthony Bowser
Court Reporter: Lydia Zinn
Interpreter: Carol Rhine Medina

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; ST of 8/11/2008; Matter continued to 6/16/2008 at 10:00 am for further status; Excludable time found re effective preparation of counsel; Govt to submit order.