**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   CR 08-0276 MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- GILBERTO NARANJO-AVILA (c)(SP);

Attorneys:   Plf: Kyle Waldinger for Terek Helou
             Dft: Elizabeth Falk

Deputy Clerk:  Anthony Bowser
Court Reporter: Juanita Gonzales
Interpreter: Melinda Basker

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 7/7/2008 at 10:00 am for Change of Plea Hearing ; Excludable time found re effective preparation of counsel; Govt to submit order.