JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> GILBERTO NARANJO AVILA, ) <br> ) <br>     Defendant. ) <br> _____ ) | CR No. 08-276 MHP <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On June 16, 2008, the parties in this case appeared before the Court for a status conference. At that status conference, the parties requested that the Court exclude all time under the Speedy Trial Act from June 16, 2008 through July 7, 2008 because defense counsel needs additional time to evaluate the case, and to review discovery that the government produced. The parties agree that the length of the continuance is the reasonable time necessary for preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice

/ /

1  served by granting such a continuance outweigh the best interests of the public and the defendant
2  in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5
6                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
7
8  DATED: June 17, 2008                              /s/
                                                TAREK J. HELOU
9                                               Assistant United States Attorney
10
11 DATED: June 17, 2008                              /s/
                                                ELIZABETH M. FALK
12                                              Attorney for Defendant GILBERTO NARANJO AVILA
13
14     For the reasons stated above, the Court finds that exclusion of time from June 16, 2008
15 through July 7, 2008 is warranted and that the ends of justice served by the continuance outweigh
16 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
17 The failure to grant the requested continuance would deny the defendant effective preparation of
18 counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).
19
20 SO ORDERED.
21
22 DATED:_____
                                                THE HONORABLE MARILYN HALL PATEL
23                                              United States District Judge
24
25
26
27
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-276 MHP                                                                              2