1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,    ) CR No. 08-276 MHP
                                  )
17 |     Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                  ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |     v.                        )
                                  )
19 | GILBERTO NARANJO AVILA,      )
                                  )
20 |     Defendant.                )
                                  )
21

22       On June 16, 2008, the parties in this case appeared before the Court for a status

23 conference.  At that status conference, the parties requested that the Court exclude all time under

24 the Speedy Trial Act from June 16, 2008 through July 7, 2008 because defense counsel needs

25 additional time to evaluate the case, and to review discovery that the government produced.  The

26 parties agree that the length of the continuance is the reasonable time necessary for preparation of

27 defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice

28 / /

served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: June 17, 2008          /s/
                        TAREK J. HELOU
                        Assistant United States Attorney

DATED: June 17, 2008          /s/
                        ELIZABETH M. FALK
                        Attorney for Defendant GILBERTO NARANJO AVILA

    For the reasons stated above, the Court finds that exclusion of time from June 16, 2008 through July 7, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 19, 2008          _____
                        THE HONORABLE MARILYN H. PATEL
                        United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel* (court seal, Northern District of California)