JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-276 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| GILBERTO NARANJO AVILA, | |
| Defendant. | |

     On July 7, 2008, the parties in this case appeared before the Court for a status conference. At that status conference, the parties requested that the Court exclude all time under the Speedy Trial Act from July 7, 2008 through August 4, 2008, because defense counsel requested sufficient time to have a qualified expert perform a mental competency examination of the

//

//

//

1  defendant.  The parties agree that the length of the continuance is the reasonable time necessary
2  for such an examination.  18 U.S.C. § 3161(h)(1)(A).

4  SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

8  DATED: July 7, 2008                  /s/
                                        TAREK J. HELOU
9                                       Assistant United States Attorney

11 DATED: July 7, 2008                  /s/
                                        ELIZABETH M. FALK
12                                      Attorney for Defendant GILBERTO NARANJO AVILA

14     For the reasons stated above, the Court finds that an exclusion of time under the Speedy Trial
15 Act from July 7, 2008 through August 4, 2008 is warranted because defense counsel requested
16 such an exclusion to have a qualified expert perform a mental competency examination of the
17 defendant.  18 U.S.C. § 3161(h)(1)(A).

19 SO ORDERED.

21 DATED:_____
                                        THE HONORABLE MARILYN HALL PATEL
22                                      United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-276 MHP                                                                                 2