**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   CR 08-0276  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- GILBERTO NARANJO-AVILA (c)(SP);

Attorneys:    Plf: Terek Helou
              Dft: Elizabeth Falk

Deputy Clerk:  Anthony Bowser
Court Reporter: Debra Pas
Interpreter: Fanny Suarez

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; ST of 9/15/2008; Matter continued to 8/4/2008 at 10:00 am for further status; Excludable time found re effective preparation of counsel and mental health evaluation; Govt to submit order.