UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: August 4, 2008

Case No.   CR 08-0276 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- GILBERTO NARANJO-AVILA (c)(SP);

Attorneys:   Plf: Terek Helou
             Dft: Elizabeth Falk

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas   Interpreter: Melinda Basker

### PROCEEDINGS

1) Change of Plea Hearing

2) _____

3) _____

### ORDERED AFTER HEARING:

Defendant present in custody; Defendant advised of rights and charges and waives further hearing and/or trial; Defendant enters a guilty plea as to count(s) 1 of the indictment;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 12/8/2008 at 9:00 am;