BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00276-MHP-1 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF CHANGE OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| GILBERTO NARANJO AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Federal Public Defender's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant Federal Public Defender ("AFPD") for this case is Jodi Linker. Please forward all future correspondence and ECF notices to AFPD Jodi Linker to the email address of Jodi_Linker@fd.org AFPD Elizabeth Meyer Falk should be removed from the list of persons to be noticed.

Dated:

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

JODI LINKER
Assistant Federal Public Defender