1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7071
8       Facsimile:     (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16 UNITED STATES OF AMERICA, | CR No. 08-276 MHP |
| 17      Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF SENTENCING |
| 18      v. | Current Date:  December 8, 2008 |
| 19 GILBERTO NARANJO AVILA, | Current Time:  10:00 a.m. |
| 20      Defendant. | Proposed Date:  January 12, 2009 |
| 21 | Proposed Time:  10:00 a.m. |
| 22 | Judge:  Hon. Marilyn Hall Patel |

23      Defendant Gilberto Naranjo Avila is scheduled to be sentenced on December 8, 2008.

24 Counsel for the United States, Assistant U.S. Attorney Tarek J. Helou, will not available that day

25 because he will be out of town due to a family member's surgery.  Counsel for the defendant will

26 not be available on any Monday during the Court's regularly scheduled criminal calendar until

27 Monday, January 12, 2009.

28      The government and the defendant request that Sentencing in this case be continued to

1  January 12, 2009.  Government counsel left a message with the U.S. Probation Officer assigned
2  to this case, Jacqueline Sharpe, on November 25, 2008 and explained that the parties would
3  request a continuance.  Probation Officer Sharpe stated that she was available on January 12,
4  2009 and had no objection to moving the defendant's sentencing to that day.
5       Therefore, for good cause shown, the parties request that the Sentencing in this case
6  scheduled for December 8, 2008 at 10:00 a.m. be vacated and that the matter be added to the
7  Court's calendar on January 12, 2009 at 10:00 a.m.

9  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

13 DATED: November 25, 2008          /s/
                                TAREK J. HELOU
                                Assistant United States Attorney

16 DATED: November 25, 2008          /s/
                                JODI LINKER
                                Attorney for Defendant GILBERTO NARANJO AVILA

19      For the reasons stated above, the Sentencing in this case scheduled for December 8, 2008
   at ~~10:00 a.m.~~ 9:00 am is vacated.  The matter is added to the Court's calendar on January 12, 2009 at
   ~~10:00 a.m.~~ 9:00 a.m.

23 SO ORDERED.

25 DATED: 11/26/2008            _____
                                THE HONORABLE MARILYN H. PATEL
                                United States District Judge

*IT IS SO ORDERED* /s/ Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA